No. 88–5628. WILLIAMS v. PLANNED PARENTHOOD ASSOCIA-
TION OF THE ATLANTA AREA, INC., ET AL. C. A. 11th Cir.
Certiorari before judgment denied.

No. 87–1853. LAURITZEN ET UX., INDIVIDUALLY AND DBA
LAURITZEN FARMS v. MCLAUGHLIN, SECRETARY OF LABOR, *ante,*
p. 898;
    No. 87–1896. ROSENTHAL v. STATE BAR OF CALIFORNIA, *ante,*
p. 805;
    No. 87–7119. STEWART v. ILLINOIS, *ante,* p. 900;
    No. 87–7223. LEWIS v. UNITED STATES, *ante,* p. 923;
    No. 87–7322. BRYANT v. UNITED STATES, *ante,* p. 916;
    No. 87–7345. SIMPSON v. UPPER PROVIDENCE TOWNSHIP PO-
LICE DEPARTMENT ET AL., *ante,* p. 847;
    No. 88–365. RIVARD ET AL. v. CHICAGO FIRE FIGHTERS
UNION, LOCAL NO. 2, ET AL., *ante,* p. 909;
    No. 88–5033. BIRGES v. NEVADA, *ante,* p. 804;
    No. 88–5299. GARZA v. GRAMMER, ASSISTANT DIRECTOR, NE-
BRASKA DEPARTMENT OF CORRECTIONAL SERVICES, ADULT IN-
STITUTIONS, *ante,* p. 896;
    No. 88–5317. POLLOCK v. MARSHALL, *ante,* p. 897;
    No. 88–5351. DAVIS v. MCLAUGHLIN, SECRETARY OF LABOR,
*ante,* p. 897;
    No. 88–5386. SINDRAM v. TAYLOR, *ante,* p. 911;
    No. 88–5387. WHITE v. UNITED STATES, *ante,* p. 911;
    No. 88–5433. SCRUGGS v. MOELLERING ET AL., *ante,* p. 930;
and
    No. 88–5505. HOLLEY v. BULL ET AL., *ante,* p. 945. Petitions
for rehearing denied.

DECEMBER 12, 1988 *

No. 88–5616. GAGNIER v. HARTNETT, COMMISSIONER OF LABOR
OF THE STATE OF NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud.
Dept. Certiorari dismissed under this Court's Rule 53.

_____

*JUSTICE BRENNAN took no part in the consideration or decision of the
orders announced on this date, with the exceptions of No. 88–5223, *Olden*
v. *Kentucky, infra,* p. 988; No. A–468 (88–6092), *Landry* v. *Texas, infra,*
p. 989; and No. A–474 (88–6104), *Hawkins* v. *Lynaugh, Director, Texas De-
partment of Corrections, infra,* p. 989.